Cowen *v.* Krasas, et al., Appellants.

 Argued March 15, 1976. *Arsen Kashkashian, Jr.*, with him *Steven P. Burkett*, and *Simons, Kashkashian, Kellis & Groen*, for appellants; *Marvin J. Levin*, with him *Freedman, Borowsky and Lorry*, for appellee.

Decree affirmed.